IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY A. BOMMARITO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:11-cv-01563 |
| v. ) | |
| ) | |
| AAS DEBT RECOVERY, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41, counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/s/ Clayton S. Morrow
Clayton S. Morrow, Esq.

Morrow & Artim, P.C.
Mitchell Building, 7th Floor
304 Ross Street
Pittsburgh, PA 15219
(412) 281-1250

Email: clay@PaCreditCardLaw.com
*Counsel for Plaintiff*

/s/ Marcia L. DePaula
Marcia L. DePaula, Esq.

Eckert, Seamans, Cherin & Mellott, LLC
Summit Corporate Center
1001 Corporate Center
Canonsburg, PA 15317
Phone: (724) 873-2870
Fax: (724) 743-2901
Email: mdepaula@eckertseamans.com
*Counsel for the Defendants*

AND NOW, this 12th, day of June, 2012, IT IS SO ORDERED.

BY THE COURT:

_____ C.J.
HONORABLE GARY L. LANCASTER
CHIEF UNITED STATES DISTRICT JUDGE